# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Iris Kim, Inc. ) ASBCA No. 61048
)
Under Contract No. M00263-14-D-1002 )

APPEARANCE FOR THE APPELLANT: Francis E. Purcell, Jr., Esq.
Thompson Hine LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT: Craig D. Jensen, Esq.
Navy Chief Trial Attorney
Brian S. Smith, Esq.
Senior Trial Attorney

## ORDER OF DISMISSAL

For reasons indicated by one or both parties, the Board is unable to proceed with disposition of this appeal for an inordinate length of time due to factors not within the control of the Board. Accordingly, this appeal is hereby dismissed without prejudice pursuant to Board Rule 18(b). Unless either party or the Board acts to reinstate the appeal within one year from the date of this Order, the dismissal shall be deemed with prejudice.

Dated: August 20, 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61048, Appeal of Iris Kim, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals